JAMES KEENEN, *ET AL* v. CANIO ENTERPRISES, *ET AL.*

October 7, 1970. Petition for certification denied.

CHARLES W. SANDMAN, JR., *ETC.*, v.
WILLIAM E. DEAKINS, *ET AL.*

October 7, 1970. Petition for certification denied.

GEORGE PANAS, *ET AL* v.
NEW JERSEY NATURAL GAS CO., *ETC.*

October 7, 1970. Petition for certification granted.

IN THE MATTER OF THE APPLICATION OF PEOPLES
BANK OF RIDGEWOOD FOR A CHARTER, *ETC.*

October 13, 1970. Petition for certification denied. (See
109 *N. J. Super.* 149).

STATE OF NEW JERSEY v. EDWARD SCALA.

October 20, 1970. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF K. W.

October 20, 1970. Petition for certification denied.